IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MOHAMMAD MUNIR ANWARI, | Civil No. 3:17-cv-1512 |
| Petitioner | (Judge Mariani) |
| v. | |
| CRAIG A. LOWE, | |
| Respondent | |

## ORDER

**AND NOW**, this 7th day of May, 2018, upon consideration of Petitioner's motions (Docs. 8, 11) to enforce, and in accordance with the Court's Memorandum issued this date, **IT IS HEREBY ORDERED THAT** the motions (Docs. 8, 11) are **DENIED**.

Robert D. Mariani
United States District Judge